Shaun MOORING, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 98185.

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 2, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 7, 2013.

Application for Transfer Denied March 19, 2013.

Gwenda R. Robinson, Assistant Public Defender, St. Louis, MO, for appellant.

Todd T. Smith, Assistant Attorney General, Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., and KURT S. ODENWALD, J.

## ORDER

PER CURIAM.

Shaun Mooring (Movant) appeals the judgment of the Circuit Court of the City of St. Louis denying without an evidentiary hearing his Rule 24.035 motion for post-conviction relief. Movant claims the motion court clearly erred in denying his claim that plea counsel provided ineffective assistance by inducing him to plead guilty by assuring him that the court would sen-

tence him to no longer than five or six years' imprisonment.

We have reviewed the briefs of the parties and the record on appeal and find the motion court's decision was not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).